PD-1088-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/20/2015 11:25:52 AM
Accepted 8/20/2015 2:46:04 PM
ABEL ACOSTA
CLERK

## TEXAS COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

August 20, 2015

ABEL ACOSTA, CLERK

_____

**CASE NO.**

_____

**EX PARTE JEFFREY WAYNE FUJISAKA**

_____

**APPEALS COURT CASE NUMBER**
**05-15-00355-CR**

_____

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Appellant, Jeffrey Wayne Fujisaka, pursuant to Tex. R. App. P. 68.2(c), hereby moves this Court to extend the time by which he must file a Petition for Discretionary Review to October 11, 2015.

1.  On August 12, 2015, the Fifth Court of Appeals entered its judgment and order affirming the denial of Mr. Fujisaka's pretrial Applicaiton for Writ of Habeas Corpus..

2.  A Petition for Discretionary Review would ordinarily have to be filed by September 11, 2015 without an extension being granted.

3.  This case involves a complicated First Amendment overbreadth challenge to Texas's Inducement of Sexual Performance by a Child Statute (Tex.

Code. Crim. P. Art. 43.25).

4. Undersigned counsel must file a response in this Court to the State's Application for Writ of Mandamus in *In re the State of Texas ex Rel. Abelino Reyna* No. WR-83,719-01 by September 12, 2015 and this Court has indicated no extensions will be granted.

5. Undersigned counsel must file opening briefs in the United States Court of Appeals in *United States v. James Cecil Holley* (due August 24, 2015) and *United States v. Ezell Brown* (due September 2, 2015).

6. In addition, on July 1, 2015, undersigned counsel suffered a retinal detachment which required immediate surgery the following day. Since that time, counsel has missed several days of work and has missed additional time from work for doctor appointments. In addition, counsel's eyes are more easily strained which has temporarily slowed down his ability to research and draft briefs.

7. In light of the above, Undersigned Counsel needs additional time to prepare a professional Petition for Discretionary Review regarding this important First Amendment issue.

WHEREFORE, Jeffrey Wayne Fujisaka respectfully requests this Court to extend the time by which he must file a Petition for Discretionary Review to October 11, 2015.

Respectfully submitted,


/s/F. Clinton Broden
F. CLINTON BRODEN
TX Bar No. 24001495
Broden, Mickelsen, Helms & Snipes, LLP
2600 State Street
Dallas, Texas 75204
(214) 720-9552
(214) 720-9594(facsimile)

Attorney for Jeffrey Wayne Fujisaka

## CERTIFICATE OF SERVICE

I, F. Clinton Broden, do hereby certify that, on this 20th day of August, 2015, I caused a copy of the foregoing document to be served by first class mail, postage prepaid, on the Collin County District Attorney's Office, 2100 Bloomdale Rd, Suite 100, McKinney, TX 75071.

/s/ F. Clinton Broden
F. Clinton Broden